```
Douglas L. Smith, Esq. (SBN 126619)
SMITH McFADDEN, LLP
7803 Madison Avenue, Suite 710
Citrus Heights, CA 95610-7695
Telephone:   (916) 966-5973
Facsimile:   (916) 966-9607

Attorney for Plaintiff
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA fka
THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA fka THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN HOME ASSURANCE COMPANY and AIG INSURANCE SERVICES, INC., and DOES 1 through 30, inclusive, <br><br> Defendants | Case No.: C 06 2573 (SI) <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses Defendant AIG Insurance Services, Inc. with prejudice from this action. Each side to bear their own fees and costs.

Dated: May 24, 2006                    SMITH McFADDEN, LLP

                                       By: /s/ Douglas L. Smith
                                       DOUGLAS L. SMITH
                                       Attorney for Plaintiff
                                       TRAVELERS PROPERTY CASUALTY COMPANY
                                       OF AMERICA fka THE TRAVELERS INDEMNITY
                                       COMPANY OF ILLINOIS

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Susan Illston]

## PROOF OF SERVICE IN COMPLIANCE WITH CCP SECTION 1013(a)(3)

I, the undersigned, hereby declare as follows:

I am employed in the County of Sacramento, State of California, am over the age of 18 years and not a party to the within action; my business address is 7803 Madison Avenue, Suite 710, Citrus Heights, CA 95610.

On **May 24, 2006**, I served the within **NOTICE OF VOLUNTARY DISMISSAL** as follows:

☐ **HAND DELIVERED.** I delivered the above-described documents to the individuals at the addresses listed below.

☐ **FEDERAL EXPRESS.** I placed such envelope fully prepaid on account within the custody of Federal Express at Citrus Heights, California.

■ **BY MAIL.** The above-referenced documents(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at 7803 Madison Avenue, Citrus Heights, CA 95610.

☐ **FAX & MAIL.** The above-referenced document(s) were personally sent to the addressee's telecopier number and I personally verified said transmission. Thereafter, the above-referenced document(s) were placed in (a) sealed envelop(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at 7803 Madison Avenue, Citrus Heights, CA 95610.

I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business.

Jack S. Fischer
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **May 24, 2006**, at Citrus Heights, California.

*/s/ Michelle Guess*
MICHELLE GUESS

SMITH McFADDEN, LLP
7803 Madison Avenue, Suite 710
Citrus Heights, California 95610-7695
(916) 966-5973