Douglas L. Smith, Esq. (SBN 126619)
**SMITH McFADDEN, LLP**
7803 Madison Avenue, Suite 710
Citrus Heights, CA 95610-7695
Telephone: (916) 966-5973
Facsimile: (916) 966-9607

Attorney for Plaintiff
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA fka
THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA fka THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HOME ASSURANCE COMPANY and AIG INSURANCE SERVICES, INC., and DOES 1 through 30, inclusive,<br><br>Defendants | Case No.: C 06 2573 (SI)<br><br>**NOTICE OF SETTLEMENT OF CASE AND STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that all parties in the above-matter hereby stipulate to the following:

1. This case involves a claim by Plaintiff to address American Home Assurance Company's wrongful denial of the additional insured tender and contractual indemnity tender on behalf of their insured, Gavello Properties. A mediation was held on June 7, 2006 in this case and a settlement was reached. However, the settlement documents in this case have not yet been completed. It is anticipated that the settlement will be completed within the next 45 days. Once the paperwork and payment is exchanged, Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA fka THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS will dismiss this action.

1      2.    That the Initial Case Management Conference currently scheduled for August 18, 2006
2  at 2:00 p.m. be continued to _____September 29, 2006_____ at __2:00__ a.m./p.m.
3      **IT IS SO STIPULATED.**
4  Dated: August 2, 2006                                **SMITH McFADDEN, LLP**

By: _/s/ Douglas L. Smith_
DOUGLAS L. SMITH
Attorney for Plaintiff
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA fka THE TRAVELERS INDEMNITY
COMPANY OF ILLINOIS

Dated: _8/3_, 2006                   **McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP**

By: _/s/_
ROBERT K. LANDEN
Attorney for Defendant
AMERICAN HOME ASSURANCE COMPANY

**IT IS SO ORDERED.**
Dated: _____, 2006

SUSAN ILLSTON
United States District Judge

SMITH McFADDEN, LLP
7801 Madison Avenue, Suite 710
Citrus Heights, California 95610-7695
(916) 966-5973

## PROOF OF SERVICE IN COMPLIANCE WITH CCP SECTION 1013(a)(3)

I, the undersigned, hereby declare as follows:

I am employed in the County of Sacramento, State of California, am over the age of 18 years and not a party to the within action; my business address is 7803 Madison Avenue, Suite 710, Citrus Heights, CA 95610.

On **August 4, 2006**, I served the within **NOTICE OF SETTLEMENT OF CASE AND STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE** as follows:

☐ **HAND DELIVERED.** I delivered the above-described documents to the individuals at the addresses listed below.

☐ **FEDERAL EXPRESS.** I placed such envelope fully prepaid on account within the custody of Federal Express at Citrus Heights, California.

■ **BY MAIL.** The above-referenced documents(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at 7803 Madison Avenue, Citrus Heights, CA 95610.

☐ **FAX & MAIL.** The above-referenced document(s) were personally sent to the addressee's telecopier number and I personally verified said transmission. Thereafter, the above-referenced document(s) were placed in (a) sealed envelop(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at 7803 Madison Avenue, Citrus Heights, CA 95610.

I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business.

Robert K. Landen
McCormick, Barstow, Sheppard,
    Wayte & Carruth LLP
P.O. Box 28912
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **August 4, 2006**, at Citrus Heights, California.

_____
MICHELLE GUESS

SMITH McFADDEN, LLP
7803 Madison Avenue, Suite 710
Citrus Heights, California 95610-7695
(916) 966-5973