```
DOUGLAS L. SMITH, #126619
```
**HARDY ERICH BROWN & WILSON**
```
A Professional Law Corporation
1000 G Street, Second Floor
Sacramento, California 95814
P.O. Box 13530
Sacramento, California 95853-4530
(916) 449-3800 • Fax (916) 449-3888
```

Attorney for Plaintiff
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA fka
THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA fka THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HOME ASSURANCE COMPANY and AIG INSURANCE SERVICES, INC., and DOES 1 through 30, inclusive,<br><br>Defendants<br>_____/ | Case No.: C 06 2573 (SI)<br><br>**NOTICE OF SETTLEMENT OF CASE AND STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that all parties in the above-matter hereby stipulate to the following:

1. This case involves a claim by Plaintiff to address American Home Assurance Company's wrongful denial of the additional insured tender and contractual indemnity tender on behalf of their insured, Gavello Properties. A mediation was held on June 7, 2006 in this case and a settlement was reached. However, the settlement documents in this case have not yet been completed. It is anticipated that the settlement will be completed within the next 45 days. Once the paperwork and payment is exchanged, Plaintiff TRAVELERS PROPERTY

CASUALTY COMPANY OF AMERICA fka THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS will dismiss this action.

    2.    That the Initial Case Management Conference currently scheduled for September 29, 2006 at 2:00 p.m. be continued to __November 3, 2006__ at _2:30_ a.m./p.m.

**IT IS SO STIPULATED.**

Dated: September 15, 2006    **HARDY ERICH BROWN & WILSON**
A Professional Law Corporation

By /s/ _____
    DOUGLAS L. SMITH
    Attorney for Plaintiff
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA fka THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS

Dated: September 14, 2006    **McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP**

By /s/ authorized on 9/14/06 _____
    ROBERT K. LANDEN
    Attorney for Defendant
    AMERICAN HOME ASSURANCE COMPANY

**IT IS SO ORDERED.**

Dated: _____, 2006    /s/ Susan Illston
SUSAN ILLSTON
United States District Judge

G:\HOME\CLIENT\smith\dls\MLG0059.WPD    2

NOTICE OF SETTLEMENT OF CASE AND STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE

HARDY ERICH BROWN & WILSON
A Professional Law Corporation
1000 G Street 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888