Robert K. Landen, # 149407
Jack S. Fischer, # 171703
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
AMERICAN HOME ASSURANCE COMPANY and
AIG INSURANCE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

Plaintiff,

v.

AMERICAN HOME ASSURANCE
COMPANY, AIG INSURANCE
SERVICES, INC., and DOES 1-30,

Defendant.

Case No.  C 06 2573 (JCS)

**STIPULATION BY AND BETWEEN
AMERICAN HOME ASSURANCE
COMPANY AND TRAVELERS
PROPERTY CASUALTY COMPANY OF
AMERICA TO CONTINUE CASE
MANAGEMENT CONFERENCE AND
ORDER THEREON**

**Date      :     November 3, 2006**
**Time      :     2:00 p.m.**
**Location :     Courtroom 10, 19th Floor**

**Judge Susan Illston**

The parties to this Stipulation to continue the Case Management Conference currently scheduled for November 3, 2006 are Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS"), appearing by and through Douglas L. Smith of the firm Hardy, Erich, Brown & Wilson, and Defendant, AMERICAN HOME ASSURANCE COMPANY ("AMERICAN HOME") appearing by and through Robert K. Landen of the firm McCormick, Barstow, Sheppard, Wayte & Carruth, LLP.   TRAVELERS and AMERICAN HOME stipulate as follows:

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION BY AND BETWEEN AMERICAN HOME AND TRAVELERS TO CONTINUE CMC AND
ORDER THEREON   C 06-2573 (JCS)

1.     This matter has been resolved in its entirety for $136,500.  The Settlement Agreement and Release of Claims has been approved by counsel for the respective parties and has been forwarded to representatives of each for execution.

2.     Counsel for AMERICAN HOME was previously advised that Steve Marden, defense counsel for AMERICAN HOME's insured, Sun Trust, was delayed for a period of time in reviewing and commenting upon the terms of the settlement agreement because he was hospitalized with an undisclosed medical condition.  As soon as he was able, Mr. Marden made certain revisions to the terms of the agreement as they related to the interests of his client, Sun Trust.

3.     TRAVELERS and AMERICAN HOME, through their respective counsel, have conferred in advance of the upcoming Case Management Conference currently scheduled for November 3, 2006 and have agreed that, given the current posture of this case, this matter should be continued for a period of not less than 30 days to allow the settlement to be fully funded and the Dismissal with Prejudice filed with the Court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

4.     TRAVELERS and AMERICAN HOME, through their respective counsel, agree that given the settlement of this action, a continuance of the hearing is necessary in order to conserve the limited resources of the Court and counsel.

IT IS SO STIPULATED.

Dated: October 26 , 2006                    McCORMICK, BARSTOW, SHEPPARD
                                            WAYTE & CARRUTH LLP


                                    By:_____/S/  ROBERT K LANDEN_____
                                            Robert K. Landen
                                            Attorneys for Defendant
                                    AMERICAN HOME ASSURANCE COMPANY



IT IS SO STIPULATED.

Dated: October 25, 2006                     HARDY, ERICH, BROWN & WILSON



                                    By:_____/S/  DOUGLAS L SMITH_____
                                            Douglas L. Smith
                                            Attorneys for Plaintiff
                                    TRAVELERS PROPERTY CASUALTY
                                    COMPANY OF AMERICA

The case management conference is continued to Friday, January 5, 2007, at 2:00 p.m.  The joint case management conference statement shall be filed one week in advance of the conference.




IT IS SO ORDERED.

Dated: October __, 2006


                                    By:_____
                                            THE HONORABLE SUSAN ILLSTON
                                            JUDGE OF THE U.S. DISTRICT COURT

1024665.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION BY AND BETWEEN AMERICAN HOME AND TRAVELERS TO CONTINUE CMC AND
ORDER THEREON   C 06-2573 (JCS)