```
DOUGLAS L. SMITH, #126619
```
**HARDY ERICH BROWN & WILSON**
```
A Professional Law Corporation
1000 G Street, Second Floor
Sacramento, California 95814
P.O. Box 13530
Sacramento, California 95853-4530
(916) 449-3800 • Fax (916) 449-3888

Attorney for Plaintiff
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA fka
THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS
```

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA fka THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HOME ASSURANCE COMPANY and AIG INSURANCE SERVICES, INC., and DOES 1 through 30, inclusive,<br><br>Defendants<br>_____/ | Case No.: C 06 2573 (SI)<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

IT IS HEREBY STIPULATED and agreed by all parties to the above-entitled action, by and through their respective attorneys, that the action shall be dismissed, with prejudice.

IT IS SO STIPULATED.

Dated:   November 21, 2006

                **HARDY ERICH BROWN & WILSON**
                A Professional Law Corporation


                   /s/DOUGLAS L. SMITH
            By_____
                DOUGLAS L. SMITH
                State Bar No. 126619

G:\HOME\CLIENT\7666\00008\MLG0291.WPD        1

1 | Dated: November 21, 2006

2 | **McCORMICK BARSTOW, LLP**

3 | /s/JACK S. FISCHER
4 | By_____
   | JACK S. FISCHER
5 | State Bar No. 171703

6 | **IT IS SO ORDERED.**

7 |
8 | Dated: _____.

9 |
10 | By:_____
    | SUSAN ILLSTON
11 | United States District Judge



G:\HOME\CLIENT\7666\00008\MLG0291.WPD    2

STIPULATION FOR DISMISSAL AND ORDER THEREON

1000 G Street 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888